| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 1:15-CR-00003-TMB |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) 17-cr-328-RSL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Benjamin Richardson | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Timothy M. Burgess, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM May 8, 2017 — TO May 7, 2022 |

**OFFENSE**

Drug Conspiracy in violation of 21 U.S.C §§ 846, 841 (a)(1), (b)(1)(A) and (b)(1)(C), a Class A felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Western Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/27/2017
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WESTERN WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Jan. 4, 2018
Effective Date

_____
United States District Judge